IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TONCA WATTERS,                    )
TERENCE WATTERS,                  )
    Plaintiffs,               )
                                  )
vs.                               )  CASE NO.: 1:18-cv-00270-JMS-MPB
                                  )
THE HOMEOWNERS ASSOCIATION AT     )
THE PRESERVE AT BRIDGEWATER,      )
EDWARD MAMARIL, KATHRYN           )
MAMARIL, RANDY LINDGREN, ROBERT   )
DINN, CHERILYN SHOOK, DAVID BARBER)
CHRIS MONROE, MIKE ULLERY,        )
    Defendants.               )

## <u>NOTICE OF APPEAL</u>

TO:    The Clerk of the court and all parties of record

      Notice is hereby given that Tonca Watters and Terrance Watters, Plaintiffs in the above-captioned cause, appeal to the United States Court of Appeals for the Seventh Circuit from the Final Judgment granting Defendant's Motion for Summary Judgment by the Honorable Matthew P. Brookman on November 21, 2019. Robin C. Clay appears in this case as counsel for the Plaintiffs.

                        *s/Robin C. Clay*_____
                        Robin C. Clay, # 22734-49
                        CURLIN & CLAY LAW
                        8510 Evergreen Avenue Suite 200
                        Indianapolis, IN 46240
                        Phone: 317-202-0301
                        Fax: 317-282-0688
                        Email: rclay@curlinclaylaw.com