IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRIC OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONCA WATTERS, )<br>TERENCE WATTERS, )<br>    Plaintiffs, )<br>)<br>Vs. )<br>)<br>THE HOMEOWNERS ASSOCIATION )<br>AT THE PRESERVE AT )<br>BRIDGEWATER, EDWARD MAMRIL, )<br>KATHRYN MAMRIL, RANDY )<br>LINDGREN, ROBERT DINN, CHERILYN )<br>SHOOK, DAVID BARBER, CHRIS )<br>MONROE, MIKE ULLERY, )<br>    Defendants. ) | Case No.: 1:18-cv-00270-JMS-MPB |

### SEVENT CIRCUIT RULE 3(c) DOCKETING STATEMENT OF PLAINTIFFS, TONCA AND TERENCE WATTERS

Plaintiffs, Tonca and Terence Watters (hereinafter "the Watters") by the undersigned counsel of record, respectfully submits this Docketing Statement pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit.

**I.     DISTRICT COURT JURISDICTION**

The United States District Court for the Southern District of Indiana, Indianapolis Division ("District Court") has proper jurisdiction over the subject matter of this action pursuant 42 U.S.C. §§ 1982, 3613, 3617 and 28 U.S.C. §§1331 and 1343.

**II.    APPELLATE COURT JURISDICTION**

28 U.S.C. §1291 and 28 U.S.C. § 1294 confer jurisdiction over this appeal on the United States Court of Appeals for the Seventh Circuit. The final judgment was entered by the District

Court on November 21, 2019.  The Watters timely filed their *Notice of Appeal* on December 20, 2019.

This is a direct appeal from the decision of a magistrate judge.

### III.    APPEAL FROM AN IMMEDIATELY APPEALABLE FINAL JUDGMENT

A final appealable judgment was entered by the District Court on November 21, 2019. This is a civil appeal as a matter of right pursuant to Federal Rule of Appellate Procedure ("FRAP") 3(a), FRAP 4, and Circuit Rule 3(a).

### IV.    PRIOR OR RELATED PROCEEDINGS

There have been no prior or related appellate proceedings in this case.  There has been no prior litigation in district court involving the parties.

### V.    ADDITIONAL REQUIREMENTS FOR CIRCUIT RULE 3(c)(1)

a. This civil case does not involve any criminal convictions; therefore 28 U.S.C. § 1915(g) is inapplicable.

b. None of the parties to this litigation appeal in an official capacity.

c. This appeal is not attack on a collateral criminal conviction.


Respectfully submitted on this 20th day of December 2019.

        CURLIN & CLAY LAW ASSOCIATION OF ATTORNEYS,

By:  /s/ Robin C. Clay     (Atty. No. 22734-49)
8510 Evergreen Avenue, Ste. 200
Indianapolis, IN  46240
Tel: (317) 202-0301
Fax: (317) 282-0688
rclay@curlinclaylaw.com

*Attorney for the Watters*