UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TONCA WATTERS, ) | |
| TERENCE WATTERS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-cv-00270-MPB-JMS |
| ) | |
| HOMEOWNERS ASSOCIATION AT THE ) | |
| PRESERVE AT BRIDGEWATER, ) | |
| EDWARD MAMARIL, ) | |
| KATHRYN MAMARIL, ) | |
| ROBERT DINN, ) | |
| CHERILYN SHOOK, ) | |
| RANDY LINDGREN, ) | |
| DAVID BARBER, ) | |
| CHRIS MONROE, ) | |
| MIKE ULLERY, ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING CLERK TO REOPEN CASE AND
FOR LOCAL RULE 16-2 POSITION STATEMENTS**

The Court received the Seventh Circuit Court of Appeals' Mandate on October 4, 2022.

Accordingly, the Clerk shall reopen this case on the Court's docket, and the parties are directed to file their Local Rule 16-2 position statements on or before **October 25, 2022**.

**IT IS SO ORDERED.**

Date: October 4, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.