UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TONCA WATTERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00270-MPB-JMS |
| | ) | |
| HOMEOWNERS ASSOCIATION AT THE PRESERVE AT BRIDGEWATER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The above case is hereby assigned for a **TELEPHONIC STATUS CONFERENCE** on **NOVEMBER 2, 2022** at 10:30 a.m., Indianapolis time (EDT), before the Honorable Matthew P. Brookman, United States Magistrate Judge.  **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

SO ORDERED.

Dated:   October 5, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**